

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Frank Keathley, Individually and dba Top Shelf Antiques, Appellant

No. 06-14-00036-CV          v.

J.J. Investment Company, L.T.D., Appellee

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. 10,072). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED JUNE 26, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk